**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 South Fourth Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
Facsimile: (725) 300-0261
Email: jb@beckstromlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD RUPPERT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK, a Foreign Corporation, EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:22-cv-00674-JAD-DJA<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

Defendant Trans Union, LLC ("Trans Union") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Richard Ruppert ("Ruppert") has no opposition. Accordingly, pursuant to LR IA 6-2, Plaintiff moves this Honorable Court for an order extending Trans Union's time to answer, or otherwise respond to the Complaint from July 4, 2022 through and including July 28, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

The request is made by Plaintiff after conferring with Trans Union so that the parties may have additional time to engage in settlement discussions. This Motion is filed in good faith and not intended to cause delay.

Respectfully Dated this 1st day of July 2022.

**BECKSTROM & BECKSTROM, LLP**

By:  /s/ James A. Beckstrom
    James A. Beckstrom, Esq.
    Nevada Bar No. 14032
    400 S 4th Street., Suite 650
    Las Vegas, Nevada  89101
      Attorney for Plaintiff

**IT IS SO ORDERED.** Trans Union's time to answer, or otherwise respond to the Complaint shall be on or before **July 28, 2022**.

_____
United States Magistrate Judge

DATED:  July 5, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** was submitted electronically for filing and/or service on this 1st day of July 2022, via CM/ECF, upon all counsel of record.

/s/   *Suzanne Boggs*
An employee of Beckstrom & Beckstrom