**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 South Fourth Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
Facsimile: (725) 300-0261
Email: jb@beckstromlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD RUPPERT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN EXPRESS NATIONAL BANK, a Foreign Corporation, EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION, LLC, a Foreign Limited-Liability Company,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00674-JAD-DJA<br><br>**AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 19, 21 |

Plaintiff Richard Ruppert ("Ruppert"), by and through his counsel of record, James A. Beckstrom, Esq., of the law firm of Beckstrom & Beckstrom, LLP; Defendant Equifax Information Services, LLC ("Equifax"), by and through its counsel of record, Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC; and Defendant Experian Information Services, Inc. ("Experian"), by and through its counsel of record, Benjamin Gordon, Esq., of the law firm of Naylor & Braster, (collectively the "Parties"), hereby stipulate and agree as follows:

　　1.　　The Parties hereby dismiss the above-entitled matter with prejudice, having resolved all claims and allegations set forth within this action; and

/ / /

/ / /

2. The Parties shall each bear their own attorney fees and costs.

Dated this 25th day of August 2022.                      Dated this 25th day of August 2022.

**BECKSTROM & BECKSTROM, LLP**                           **CLARK HILL, PLLC**


By:  */s/ James A. Beckstrom*                            By:  */s/ Gia N. Marina, Esq.*
    James A. Beckstrom, Esq.                                Gia N. Marian, Esq.
    Nevada Bar No. 14032                                     Nevada Bar No. 15276
    400 S 4th Street., Suite 650                             3800 Howard Hughes Pkwy., Suite 500
    Las Vegas, Nevada  89101                                 Las Vegas, Nevada 89169
    jb@beckstromlaw.com                                      gmarina@clarkhill.com
    *Attorney for Plaintiff*                                 *Attorneys for Defendant Equifax*
                                                                                   *Information Services, LLC*

Dated this 25th day of August 2022.

**NAYLOR & BRASTER**


By:  */s/ Benjamin B. Gordon, Esq.*
    Benjamin B. Gordon, Esq.
    Nevada Bar No. 15552
    1050 Indigo Drive, Suite 200
    Las Vegas, Nevada 89145
    jbraster@nblawnv.com
    *Attorneys for Defendant Experian*
    *Information Services, Inc.*

## ORDER

Based on the parties' stipulation [ECF Nos. 19, 21] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

                                                      _____
                                                      United States District Judge

Respectfully Submitted By:                               DATED August 25, 2022

**BECKSTROM & BECKSTROM, LLP**


By:  */s/ James A. Beckstrom*
    James A. Beckstrom, Esq.
    Nevada Bar No. 14032
    400 S 4th Street., Suite 650
    Las Vegas, Nevada  89101
    *Attorney for Plaintiff*